UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DAVID LEWIS,

          Plaintiff,

v.

AT&T SERVICES, INC.,

          Defendant.

Case No. 5:24-cv-00767-JLS

## JOINT STATUS REPORT

Pursuant to this Court's inquiry of December 20, 2024, Plaintiff David Lewis and Defendant AT&T Services, Inc. (collectively, the "Parties") hereby submit this joint status report regarding the Parties' private arbitration with JAMS.

The Parties have responded to written discovery requests, continue to exchange documents, and will conduct depositions at or near the conclusion of fact discovery, which is anticipated to conclude in early 2025. A final hearing on the merits, if necessary, is scheduled to commence on September 15, 2025.

Dated: December 20, 2024

| | |
|---|---|
| *[signature: SBT]* | */s/ Daniel S. Orlow* |
| Sara B. Tomezsko | Daniel S. Orlow |
| PAUL HASTINGS LLP | CONSOLE MATTIACI LAW, LLC |
| 200 Park Avenue | 1525 Locust Street, 9th Floor |
| New York, NY 10166 | Philadelphia, PA 19102 |
| (212) 318-6000 | (215) 545-7676 |
| | |
| William J. Leahy | *Attorneys for Plaintiff David Lewis* |
| LITTLER MENDELSON PC | |
| Three Parkway | |
| 1601 Cherry Street, Suite 1400 | |
| Philadelphia, PA 19102 | |
| (267) 402-3131 | |

*Attorneys for Defendant AT&T Services, Inc.*